IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-02144-WDM-PAC

ARISTA RECORDS LLC, et al.,

    Plaintiffs,

v.

DOES 1-20,

    Defendant.

---

**NOTICE OF DISMISSAL**

---

The court takes notice of Plaintiff's Notice of Dismissal with Prejudice of Doe #1 in accordance with Fed. R. Civ. P. 41(a)(1)(i).  Accordingly, the complaint as to defendant Doe #1 is dismissed with prejudice each party to pay his or its own costs and attorneys' fees.  And further,

The court takes notice of the Notice of Dismissal Without Prejudice of Remaining Doe Defendants #2 through #20 in accordance with Fed. R. Civ. P. 41(a)(1)(i).

Accordingly, the complaint as to defendants Doe #2 through #20 is dismissed without prejudice each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on January 24, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge